

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00509-CV & 04-18-00844-CV

**TITLE SOURCE, INC.**, et al.,
Appellants

v.

**HOUSECANARY, INC.**, f/k/a Canary Analytics, Inc.,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-06300
Honorable David A. Canales, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the order of the trial court dated July 3, 2018, which is the subject of appeal No. 04-18-00509-CV, is REVERSED, and judgment is RENDERED denying HouseCanary's Motion to Reconsider Whether to Seal Certain Core Materials. Further, in accordance with the court's opinion of this date, appeal No. 04-18-00844-CV is DISMISSED AS MOOT. It is ORDERED that appellants Title Source, Inc., the Reporters Committee for Freedom of the Press, and the Houston Forward Times recover their costs of these appeals from appellee HouseCanary, Inc., f/k/a Canary Analytics, Inc.

SIGNED July 10, 2019.

_____
Rebeca C. Martinez, Justice